Tina Wolfson, CA Bar No. 174806
*twolfson@ahdootwolfson.com*
Bradley K. King, CA Bar No. 274399
*bking@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA TREVINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMASHBURGER IP HOLDER LLC, SMASHBURGER FRANCHISING LLC, and JOLLIBEE FOODS CORPORATION (USA),<br><br>Defendants. | No. 2:19-cv-02794-R-FFM<br><br>**NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3.1** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83-1.3.1 of the United States District Court for the Central District of California, Plaintiff Barbara Trevino ("Plaintiff") hereby submits the instant Notice of Related Case. This case was filed on April 11, 2019. The following case arises out of the same event and calls for a determination of the same or substantially identical questions of law and fact: *Galvan v. Smashburger IP Holder LLC*, No. 2:19-cv-00993-JAK-JEM, filed on February 8, 2019 ("*Galvan*").

These cases are related because they both arise from the same allegedly deceptive conduct by Defendants, wherein Defendants advertised their "Triple Double" burgers as containing "Double the Beef" of their "Classic Smash" burgers, despite the Triple Double containing the same quantity of beef as the Classic Smash. Both cases have substantially the same Class definition. Thus, they both "call for determination of the same or substantially similar questions of law and fact." L.R. 83-1.3.1(b). For these reasons, Plaintiff respectfully submits that litigating these cases separately would necessarily "entail substantial duplication of labor if heard by different judges." L.R. 83-1.3(c). Accordingly, this case should be related to *Galvan* and assigned to the Honorable John A. Kronstadt, District Judge, and the Honorable John E. McDermott, Magistrate Judge.

Respectfully submitted,

**AHDOOT & WOLFSON, PC**

Dated: April 19, 2019

_/s/ Tina Wolfson_
Tina Wolfson
twolfson@ahdootwolfson.com
Bradley K. King
bking@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

*Counsel for Plaintiff Trevino and the Putative Class*